```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                     WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                          NO. 4:06CR00085-001 SWW

JAIME ESPINOZA-ESPINOZA


**ORDER**

The United States Probation Office has advised the Court that the presentence report prepared in this matter incorrectly classified the offense of conviction as a "Class D" felony when it should have been classified as a "Class E" felony. As a result of the error, a three-year term of supervised release was imposed to follow defendant's term of imprisonment. However, pursuant to 18 U.S.C. §3583, the authorized term of imprisonment for a "Class E" felony is not more than one year. Counsel for the government and defendant in this matter have been advised of this error and that the Court anticipates entering an order to correct the term of supervised release to one year.

IT IS THEREFORE ORDERED that the presentence report in this matter shall be corrected to reflect the offense of conviction as a "Class E" felony, and the term of supervised release imposed on February 7, 2007, hereby is reduced to a term of supervised release of one (1) year following defendant's term of imprisonment.

DATED this 3rd day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE